Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HELMUT HAGEMANN,

                       Plaintiff,

              -against-

THE REPUBLIC OF ARGENTINA,

                       Defendant.
------------------------------------------------------------------x

'08 CIV 5436

08 CV _____ (TPG)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said party which are publicly held:

      None.

{00363531.DOC;}

Dated: New York, New York
       June 15, 2008

**DREIER LLP**

By: _____
    Marc S. Dreier (MD-9713)
    Joel A. Chernov (JC-8789)
    Regina M. Alter (RA-7014)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiff*