# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

---

HELMUT HAGEMANN,

                          Plaintiff,         **SUMMONS IN A CIVIL CASE**

     -against-

THE REPUBLIC OF ARGENTINA,         CASE NUMBER:

                        Defendant.       08 CIV 5436

---

To:   (name and address of Defendants)

     The Republic of Argentina
     c/o Banco de la Nacion Argentina
     225 Park Avenue
     New York, New York 10170

       YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEYS, Dreier LLP, 499 Park Avenue, New York, New York 10022, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, default judgment will be taken against you for the relief demanded in the amended complaint.

J. MICHAEL McMAHON                    JUN 1 6 2008
CLERK                             DATE

BY DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |
| *Check one box below to indicate appropriate method of service* | | |

{00363560.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue                                    08 Civ. 5436 (TPG)
New York, New York 10022
(212) 328-6100                                     **AFFIDAVIT OF SERVICE**
*Attorneys for Plaintiffs*


STATE OF NEW YORK      )
                       ):ss:
COUNTY OF NEW YORK  )

       MALIK SHIPPY, being duly sworn, deposes and says:

       I am over eighteen years of age, not a party to this lawsuit and reside in New York, New York.  On June 16, 2008, I caused to be served by hand delivery true copies of the foregoing *Summons and Complaint, Civil Cover Sheet, and Rule 7.1 Statement* on The Republic of Argentina by hand delivering same to Mr. Roberto Barrientos, a vice-president of Banco de la Nacion Argentina, located at 225 Park Avenue, 3rd Floor, New York, New York 10170, who represented to me that he is authorized to accept service on behalf of The Republic of Argentina.

                                        Malik Shippy

Sworn to before me this
17th day of June, 2008


Notary Public

MARTIN BRECH
Notary Public, State of New York
No. 4977428
Qualified in Putnam County
Commission Expires April 20, 20__

{00364046.DOC;}