UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
HELMUT HAGEMANN,                                                         :
:    08 Civ. 5436 (TPG)
                              Plaintiff,                                 :
:
            -against-                                                    :    **CERTIFICATE OF SERVICE**
:
THE REPUBLIC OF ARGENTINA,                                               :
:
                              Defendant.                                 :
------------------------------------------------------------------------ X

       I, Richard Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 15th day of August 2008, the Answer, dated August 15, 2008 was served by First Class Mail upon:

> Joel A. Chernov, Esq.
> Drier LLP
> 499 Park Avenue
> New York, NY  10022

       2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
            August 15, 2008

                                                              s/Richard V. Conza
                                                               Richard V. Conza